IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| CAROLYN FORD, an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>H UNIT FIVE, INC, Utah Corporation d/b/a GOOD EARTH NATURAL FOODS; T. HUMPHREY FAMILY LIMITED PARTNERSHIP, a Utah limited partnership, and John Does I-X, XYZ corporations and/or limited liability companies I-X.<br><br>    Defendants. | CORRECTED ORDER AND MEMORANDUM DECISION DENYING OBJECTION<br><br><br>Case No. 2:16-cv-780<br><br>Judge Tena Campbell |

On March 29, 2017, United States Magistrate Judge Warner denied Plaintiff Carolyn Ford's motion to compel an inspection of Defendants' property.[1] Ms. Ford objected to Judge Warner's order.

---

[1] This is a corrected version of the order entered on May 18, 2017. That order referred to Judge Warner's order by the wrong date. This corrected version resolves that inaccuracy.

Rule 72(a) of the Federal Rules of Civil Procedure requires a district court to "modify or set aside" a magistrate judge's nondispositive order "that is clearly erroneous or is contrary to law." Under this standard, the court must affirm the magistrate judge's order unless the court "'is left with the definite and firm conviction that a mistake has been committed.'" Ocelot Oil Corp. v. Sparrow Indust., 847 F.2d 1458, 1464 (10th Cir. 1988) (quoting United States v. United States Gypsum Co., 333 U.S. 364, 395 (1948).

The court has reviewed the March 29, 2017, order, the briefing on Ms. Ford's objection, and the relevant caselaw. The court does not find the order to be clearly erroneous or contrary to law. As a result, the court DENIES Ms. Ford's objection (ECF No. 29).

DATED this 30th day of May, 2017.

BY THE COURT:

*[signature: Tena Campbell]*

TENA CAMPBELL
U.S. District Court Judge